In the Matter of RAYMOND NEWCOMB et al., Appellants, v MIDDLE COUNTRY CENTRAL SCHOOL DISTRICT, Respondent.

Submitted October 11, 2016; decided October 20, 2016

Motion by New York State Trial Lawyers Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

NEW YORK STATE UNITED TEACHERS, by its President, Karen E. Magee, et al., Appellants, v STATE OF NEW YORK et al., Respondents.

Decided October 20, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.